UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA                                          :
                                                                 :
                                                                 :
        -v-                                                      :          16-cr-441 (LJL)
                                                                 :
ROBERT RUSSO,                                                    :          ORDER
                                                                 :
                Defendant.                                       :
                                                                 :
                                                                 :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/1/2020__

LEWIS J. LIMAN, United States District Judge:

        The parties are HEREBY ORDERED to meet and confer regarding a possible joint
resolution to Mr. Russo's motion. If resolution is reached, then the parties should submit a joint
proposed order no later than noon today. In the absence of an agreement, the Government shall
respond to the Emergency Motion for Compassionate Release, indicating specifically whether it
objects to the Court considering the application based on exhaustion of administrative remedies and
whether it objects to the application on the merits. The Government should send a courtesy copy of
the response to the Court at the Court's email address, LimanNYSDChambers@nysd.uscourts.gov,
and may file the response under seal.

        IT IS FURTHER ORDERED that the parties shall appear for telephonic oral argument on the
motion today at 5:00 p.m. Counsel are directed to call (888) 251-2909 and use access code 2123101.

        SO ORDERED.

Dated: April 1, 2020                    _____
       New York, New York                       LEWIS J. LIMAN
                                            United States District Judge