USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/1/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                  :

UNITED STATES OF AMERICA            :

                  :

      -v-                  :            16-cr-441 (LJL)

                  :

ROBERT RUSSO,              :            ORDER

                  :

        Defendant.        :

                  :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at oral argument today, IT IS HEREBY ORDERED that the Government shall submit a letter by 4:30 p.m. tomorrow (April 2, 2020) advising when the Bureau of Prisons will make a final determination on the request by counsel for Mr. Russo that it make a motion for compassionate release.

      SO ORDERED.

Dated: April 1, 2020
      New York, New York        _____
                               LEWIS J. LIMAN
                         United States District Judge