UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 16-cr-441 (AS)<br>21-cr-271 (AS) |
| ROBERT RUSSO,<br>              Defendant. | SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and violation of supervised release proceeding with the Court on Tuesday, September 16, 2025 at 10:00 AM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: August 13, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge